# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | **No. ACM 40741** |
| *Appellee* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Julius VONGPHACHANH** | ) | |
| **Airman Basic (E-1)** | ) | |
| **U.S. Air Force** | ) | |
| *Appellant* | ) | **Panel 2** |

On 26 June 2026, Appellant moved for this court to reconsider its decision in *United States v. Vongphachanh*, No. ACM 40741, 2026 CCA LEXIS 252 (A.F. Ct. Crim. App. 29 May 2026.) (unpub. op.). Appellee opposed the motion.

In the motion for reconsideration, counsel for Appellant avers that the court erroneously stated, "On appeal, Appellant does not suggest the Government failed to disprove he was lawfully entitled to carry a concealed weapon on the night in question." While we acknowledge that on appeal Appellant did assert that the Government failed to disprove he was lawfully entitled to carry a weapon, this statement does not warrant reconsideration of the court's 29 May 2026 holding. During the Article 66(d), UCMJ, review of Appellant's case, the court fully considered the factual sufficiency of Specification 2 of Charge I, to include the element that the carrying was unlawful.

For these reasons, the panel consisting of Senior Judge Douglas, Judge McCall, and Judge Kubler voted 3–0 against reconsideration.

Accordingly, it is by the court on this 29th day of July, 2026,

**ORDERED:**

Appellant's Motion for Reconsideration, dated 26 June 2026, is hereby **DENIED**.

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court